2/28/19 9:29AM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Diesel USA Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **13-3864308** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **220 West 19th Street**<br>**New York, NY 10011**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://shop.diesel.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

2/28/19 9:29AM

Debtor    **Diesel USA Inc.** _____    Case number (*if known*) _____
　　　　　　 Name

---

**7.　Describe debtor's business**　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__**4243**__

---

**8.　Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.　Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.　Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

2/28/19 9:29AM

Debtor    **Diesel USA Inc.**                                                     Case number (*if known*) _____
          Name

**11. Why is the case filed in**    *Check all that apply:*
     **this district?**

     ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
     **have possession of any**
     **real property or personal**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                     ☐ Other _____

                                     **Where is the property?**  _____
                                                                 Number, Street, City, State & ZIP Code

                                     **Is the property insured?**

                                     ☐ No

                                     ☐ Yes.  Insurance agency  _____

                                             Contact name     _____

                                             Phone            _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of**    .   *Check one:*
     **available funds**

                                     ■ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**
     **creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

2/28/19 9:29AM

�@ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 05 / 2019
_____MM / DD / YYYY_____

X _____
Signature of authorized representative of debtor

**Mark G. Samson**
Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X _Pauline K Morgan_
Signature of attorney for debtor

Date 03 / 05 / 2019
_____MM / DD / YYYY_____

**Pauline K. Morgan**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 North King Street**
**Wilmington, DE 19801-3335**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 571-6600**        Email address    **pmorgan@ycst.com**

**3650 DE**
Bar number and State

**DIESEL USA INC.**
220 West 19th Street
New York, N.Y. 10011

## WRITTEN RESOLUTION OF THE BOARD OF DIRECTORS

The required members of the board of directors (the "Directors"), of Diesel USA Inc. (the "Corporation"), do hereby consent to, adopt, and approve, by written consent in accordance with Section 141(f) of the Delaware General Corporation Law, and the applicable provisions of the Corporation's bylaws (the "Bylaws") the following resolutions and each and every action effected thereby.

This consent may be executed in two or more counterparts, each of which shall constitute an original, and all of which shall constitute one and the same instrument.

WHEREAS, the Directors of the Corporation have reviewed and had the opportunity to ask questions about the materials presented by management and the legal and financial advisors of the Corporation regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to it and the impact of the foregoing on the Corporation's business; and

WHEREAS, the Directors of the Corporation have had the opportunity to consult with management and the legal and financial advisors of the Corporation to fully consider each of the strategic alternatives available to the Corporation;

WHEREAS, the Directors of the Corporation have determined that it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest, for the Corporation to file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and implement a restructuring of the Corporation through a plan of reorganization (the "Plan") to be filed by the Corporation in connection with the commencement of chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

WHEREAS, the Directors desire to approve the following resolutions.

### Commencement of Chapter 11 Case

NOW, THEREFOR, BE IT RESOLVED, that the Directors have determined, after consultation with management and the legal and financial advisors of the Corporation, that it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that a petition be filed by the Corporation seeking relief under the Bankruptcy Code; and be it further

RESOLVED, that any officer of the Corporation (each, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, file and perform, in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, orders and other documents (the "Chapter 11 Filings") in the Bankruptcy Court (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

RESOLVED, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Corporation, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Corporation's chapter 11 case (the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, (ii) executing the Plan and related disclosure statement in the name of the Corporation and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Person executing the Plan and related disclosure statement on behalf of the Company shall determine, and (iii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of the Corporation's Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case and confirmation of the Plan (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## Retention of Advisors

RESOLVED, that the law firm of Arent Fox LLP, located at 1301 Avenue of the Americas, Floor 42, New York, New York 10019, is hereby retained as attorneys for the Corporation in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP, located at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, is hereby retained as attorneys for the Corporation in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that Mark Samson of Getzler Henrich & Associates LLC, appointed Chief Operating Officer of the Corporation effective as of January 21, 2019, is hereby appointed the Chief Restructuring Officer effective upon the filing of the Chapter 11 petition, and shall be an Authorized Person (as defined in these resolution), and is hereby authorized to appear and represent the Corporation in the Chapter 11 Case and make all decisions with respect to restructuring and all aspects of the prosecution of the Corporation's Chapter 11 Case, including, but not limited to, bankruptcy-related reporting requirements, filing of schedules and statements, the Plan and related disclosure statement, any transaction in bankruptcy, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he may deem necessary or appropriate in his reasonable discretion, subject to further appropriate governance by the Directors, and in accordance with applicable corporate law, the Bylaws, applicable bankruptcy law and orders of the Bankruptcy Court; and be it further

RESOLVED, that the firm of Bankruptcy Management Solutions, Inc. d/b/a/ Stretto, located at 7 Times Square, 16th Floor, New York, NY 10036, is hereby retained as noticing agent for the Corporation in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

RESOLVED, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Corporation, to negotiate, execute, deliver, file and perform any agreement, document or certificate and to take and perform any and all further acts and deeds (including, without limitation, (i) the payment of any consideration and (ii) the payment of fees, expenses and taxes) that such Authorized Person deems necessary, proper, or desirable in connection with the Corporation's Chapter 11 Case, including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by these resolutions, with a view to the successful prosecution of the Chapter 11 Case; and be it further

## Ratification

RESOLVED, that any and all past actions heretofore taken by any Authorized Person, any director, or any member of the Corporation, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

RESOLVED, that, each Authorized Person, any one of whom may act without the joinder of any of the others, hereby is authorized in the name and on behalf the Corporation, to take all such further actions, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to be so necessary, appropriate or desirable; and be it further

*[Signature Page Follows]*

The undersigned being all Directors of Diesel USA Inc., hereby sign the foregoing resolutions pursuant to all applicable provisions of the Bylaws of the Corporation.

March 4th, 2019                    Stefano Rosso

March 4th, 2019                    Carlo Schiavo

March 4th, 2019                    Nicola Marzano

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DIESEL USA, Inc.,[1] | Case No. 19-( ) ( ) |
| Debtor. | |

**LIST OF CREDITORS HOLDING**
**THE 20 LARGEST UNSECURED CLAIMS**

      Diesel USA, Inc., as debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The following is the list of the Debtor's creditors holding the 20 largest unsecured claims (the "Top 20 List") based on the Debtor's books and records as of March 4, 2019. The Top 20 List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The Top 20 List does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. None of these creditors is a minor child. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtor. The information herein, including the failure of the Debtor to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtor's right to contest the validity, priority or amount of any claim at any later point as it deems appropriate.

| | Name of Creditor | Address | Contact Telephone Number/Fax Number, and/or Email | Nature of Claim | Contingent, unliquidated, disputed, or subject to set | Amount |
|---|---|---|---|---|---|---|
| 1 | U.S. CUSTOMS AND BORDER PROTECTION | P.O. Box 100769, Atlanta, GA 30384 | T: (718) 995-3838 | Governmental Entity | | $573,702.44 |
| 2 | NEW YORK SPEED INC. | c/o Parker Pohl LLP, Attn: David M. Pohl, 420 Lexington Ave. Suite 2440, New York, NY 10170 | david.pohl@parkerpohl.com | Litigation | C/U/D | $300,000.00 |
| 3 | ARVATO DIGITAL SERVICES LLC | P.O. Box 749060, Los Angeles, CA 90074 | T: (661) 755-7873 | E-Commerce Service Provider | | $242,308.92 |
| 4 | EURO LEDER FASHION LTD., | NO.99-G.S.T.ROAD, Pallavaran, Chennai, India 600043 | rathnavel@euroleder.com | Sourcing Agent | | $156,130.50 |
| 5 | FLORIDA DEPARTMENT OF REVENUE | 5050 W. Tennesse St., Tallahasse, Florida, 32399-0135 | T: (850) 488-6800 | Taxing Authority | | $139,802.46 |

---

[1] The last four digits of the Debtor's federal tax identification number are 4308. The Debtor's principal offices are located at 220 West 19th Street, New York, New York 10011.

| | Name of Creditor | Address | Contact Telephone Number/Fax Number, and/or Email | Nature of Claim | Contingent, unliquidated, disputed, or subject to set | Amount |
|---|---|---|---|---|---|---|
| 6 | CALIFORNIA BOARD OF EQUALIZATION | P.O. Box 942879, Sacramento, CA 94279-8064 | T: (800) 400-7115 | Taxing Authority | | $130,512.00 |
| 7 | FACEBOOK, INC. | Attn: Accounts Receivable, 1516 Collection Center Dr., Chicago, IL 60696 | T: (833) 272-0777 legal@facebook.com | Advertising Services | | $91,916.25 |
| 8 | GLOBAL SOURCING DIS. TIC. A.S. | Evren Mah. Halkali Cad. No 113, Istanbul, Turkey 34212 | Christian.Schmid@eurofactor.de | Sourcing Agent | | $75,919.02 |
| 9 | FASHION POINT TEKSTIL URETIM AS | Halkali Cad No. 196-Sefakoy, 34295 Istanbul, Turkey | esink@fashionpoint.com.tr | Sourcing Agent | | $72,078.20 |
| 10 | ANGLOTEX CONFECCOES LDA | Parque Industrial de Celeirós, 4705-414 Celeiros, Braga 04705, Portugal | Manuela@anglotex.pt | Sourcing Agent | | $66,880.19 |
| 11 | FOSSIL PARTNERS LP | P.O. Box 200345, Dallas, TX 75320 | T: (972) 234-2525 | Vendor | | $64,511.83 |
| 12 | NEW YORK STATE SALES TAX | JAF Building, P.O. Box 1205. New York, NY 10116-1205 | T: (518) 485-2889 | Taxing Authority | | $58,767.73 |
| 13 | CHINA WIN TEXTILES CO. LIMITED | Building 87-Hung To Road Kwun Tong, Kowloon, Hong Kong | lewa.yeung@chinawin.com.hk | Sourcing Agent | | $53,760.06 |
| 14 | NINGBO ORIENT HONGYE IMP & EXP CO. | 72-106 Gong Mao 1 road, Jishigang Ningbo, China | carolren@orient-hongye.com | Sourcing Agent | | $46,492.60 |
| 15 | HAWAII STATE TAX COLLECTOR | P.O. Box 259, Honolulu, HI 96809 | T: (808) 587-4242 | Taxing Authority | | $40,437.23 |
| 16 | KARBEL TEKSTIL DIS TIC.SAN.VE TIC. | Topkapi Maltepe Cad No. 20-22, Istanbul, Turkey, 34220 | gorkem.agacdelen@karbel.com | Sourcing Agent | | $38,129.78 |
| 17 | NEVADA DEPARTMENT OF TAXATION | Grant Sawyer Office Building, 555 E. Washington Ave, Suite 1300, Las Vegas, NV 89101 | T: (702) 486-2300 | Taxing Authority | | $37,718.44 |
| 18 | EVERYBODYNEEDSUS LLC | 1018 Havenhurst Drive, Los Angeles, CA 90046 | us@everybodyneedsus.com | Advertising Services | | $36,887.00 |

| | Name of Creditor | Address | Contact Telephone Number/Fax Number, and/or Email | Nature of Claim | Contingent, unliquidated, disputed, or subject to set | Amount |
|---|---|---|---|---|---|---|
| 19 | DALIAN EVER BRIGHT INDUSTRIAL CO. | Tangli Ind. Zone Hongqi Street, Dalian, China, 116081 | kurt.gao@dlever-bright.com | Sourcing Agent | | $35,222.70 |
| 20 | BUTTRESS INTERNATIONAL TRADING CO. | Room 2101, 21.F, Global Trade Square, Wong Chuk Hand, Hong Kong 02102 | nicole@orient-hongye.com | Sourcing Agent | | $31,616.00 |

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DIESEL USA, Inc.,[1] | Case No. 19-(   ) (   ) |
| Debtor. | |

**DEBTOR'S OWNERSHIP STATEMENT PURSUANT TO RULES
1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby states, as follows:

1.      The Debtor does not own, either directly or indirectly, equity interests any other entities.

2.      Diesel S.p.A. holds 10% or more of the equity interests in the Debtor.

---

[1] The last four digits of the Debtor's federal tax identification number are 4308. The Debtor's principal offices are located at 220 West 19th Street, New York, New York 10011.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DIESEL USA, Inc.,[1] | Case No. 19-(   ) (   ) |
| Debtor. | |

## LIST OF EQUITY SECURITY HOLDERS

| Debtor | Equity Holder | Address of Equity Holder | Number of Shares or Units Held / Percentage of Equity Held |
|---|---|---|---|
| Diesel USA, Inc. | Diesel S.p.A. | VIA DELL' INDUSTRIA, 2 36042 BREGANZE ITALY | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are 4308. The Debtor's principal offices are located at 220 West 19th Street, New York, New York 10011.

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  Diesel USA, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  List of 20 Largest Unsecured Claims, Corporate Ownership Statement, List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/05/2019                   ✗  /s/ Mark G. Samson
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor


                                            Mark G. Samson
                                            Printed name

                                            Chief Restructuring Officer
                                            Position or relationship to debtor