**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DIESEL USA, Inc.,[1] | Case No. 19-10432 (MFW) |
| Debtor. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 6, 2019 AT 2:00 P.M. (ET)**

**Date and Time of Hearing:**     **MARCH 6, 2019 AT 2:00 P.M. (ET)**

**Location:**     **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

**PETITION AND DECLARATION IN SUPPORT OF FIRST DAY PLEADINGS**

1.     Voluntary Chapter 11 Petition Package of Diesel USA, Inc.; Case No. 19-10432

2.     Declaration of Mark G. Samson in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2; 3/5/19]

**MATTERS GOING FORWARD**

3.     Debtor's Application Pursuant to 11 U.S.C. § 105(a), 28 U.S.C. § 156(c), and Local Rule 2002-1(f) for an Order Appointing Bankruptcy Management Solutions d/b/a/ Stretto as Noticing Agent for the Debtor Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 3; 3/5/19]

       Status:  This matter will be going forward.

4.     Debtor's Motion for Entry of an Order (A) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (B) Determining Adequate Assurance of Payment for Future Utility Services, and (C) Granting Related Relief [Docket No. 4; 3/5/19]

       Status:  This matter will be going forward.

---

[1]  The last four digits of the Debtor's federal tax identification number are 4308.  The Debtor's principal offices are located at 220 West 19th Street, New York, New York 10011.

5.   Debtor's Motion Authorizing (A) Continuation of, and Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with, Various Insurance Policies, Including Payment of Policy Premiums and Broker Fees, and (B) Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto [Docket No. 5; 3/5/19]

Status:  This matter will be going forward.

6.   Debtor's Motion for Entry of an Order (A) Authorizing, but not Directing, the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief [Docket No. 6; 3/5/19]

Status:  This matter will be going forward.

7.   Debtor's Motion for Entry of an Order Authorizing, but not Directing, Payment of (A) Certain Prepetition Wages, Salaries, and Other Compensation and (B) Certain Employee Benefits and Other Associated Obligations [Docket No. 7; 3/5/19]

Status:  This matter will be going forward.

8.   Debtor's Motion for an Order Pursuant to Sections 105(a), 345(b), 363(c) and 364(a) of the Bankruptcy Code Authorizing the Debtor to (I) Continue to Use Existing Cash Management System, (II) Maintain Existing Bank Accounts and Business Forms, and (III) Waive Requirements of Section 345(b) of the Bankruptcy Code [Docket No. 8; 3/5/19]

Status:  This matter will be going forward.

9.   Motion for Entry of an Order Authorizing Debtor to Honor and Continue Certain Customer Programs and Customer Obligations in the Ordinary Course of Business [Docket No. 9; 3/5/19]

Status:  This matter will be going forward.

10.  Debtor's Motion for Entry of an Order (A) Authorizing, but not Directing, the Debtor to Pay All Prepetition Trade and Other Unimpaired Claims in the Ordinary Course of Business, (B) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders and (C) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 10; 3/5/19]

Status:  This matter will be going forward.

11.  Debtor's Motion for Entry of an Order (I) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan; (II) Fixing Deadline to Object to Disclosure Statement and Plan; (III) Waiving Solicitation of the Plan and Approving Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally (A) Directing the United States Trustee not to Convene Section 341(a) Meeting of Creditors and (B) Waiving

Requirement of Filing Statement of Financial Affairs and Schedules of Assets and Liabilities; and (VI) Granting Related Relief [Docket No. 11; 3/5/19]

Related Pleadings:

a)    Chapter 11 Plan of Reorganization of Diesel USA, Inc. [Docket No. TBD]

b)    Disclosure Statement in Connection with Chapter 11 Plan of Reorganization of Diesel USA, Inc. [Docket No. TBD]

Status:  This matter will be going forward.


Dated:  March 5, 2019
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

By: */s/ Kenneth J. Enos*
Pauline K. Morgan (No. 3650)
Kenneth J. Enos (No. 4544)
Travis G. Buchanan (No. 5595)
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253
Email: pmorgan@ycst.com
Email: kenos@ycst.com
Email: tbuchanan@ycst.com

-and-

**ARENT FOX LLP**
George P. Angelich (*pro hac vice pending*)
David J. Mayo (*pro hac vice pending*)
Phillip Khezri (*pro hac vice pending*)
1301 Avenue of the Americas
Floor 42
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990
Email: george.angelich@arentfox.com
Email: david.mayo@arentfox.com
Email: phillip.khezri@arentfox.com

Proposed Co-Counsel for Diesel USA, Inc.