

**Claims Register Current as of 4/15/2019**
Sorted by Claim Number

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | THE COUNTY OF HAYS, TEXAS | C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | PO BOX 1269 | ROUND ROCK | TX | 78680-1269 | 3/11/2019 | SECURED | $5,604.30 | | $5,604.30 | |
| 2 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | C/O BANKRUPTCY GROUP | ATTN: ENOBONG ENYENIHI | 4 IRVING PLACE, RM. 1875-S | NEW YORK | NY | 10003 | 3/13/2019 | UNSECURED | $1,117.36 | $1,117.36 | | |
| 3 | NEW YORK DEPARTMENT OF TAXATION AND FINANCE | ATTN: BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | 3/18/2019 | UNSECURED, PRIORITY, SECURED | $276,971.39 | $186.66 | $276,777.98 | $6.75 |
| 4 | LAZARUS & LAZARUS PC | 240 MADISON AVE 8TH FLOOR | | | NEW YORK | NY | 10016 | 3/18/2019 | UNSECURED | WITHDRAWN | | | |
| 5 | FULTON COUNTY TAX COMMISSIONER | FULTON COUNTY TAX COMMISSIONER'S OFFICE | 141 PRYOR ST | SUITE 1106 | ATLANTA | GA | 30303 | 3/26/2019 | PRIORITY | $6,506.01 | | | $6,506.01 |
| 6 | COLUMBIA GAS OF MASSACHUSETTS | PO BOX 2025 | | | SPRINGFIELD | MA | 01102 | 3/25/2019 | UNSECURED | $206.21 | $206.21 | | |
| 7 | FIREKING SECURITY GROUP | 101 SECURITY PKWY | | | NEW ALBANY | IN | 47150 | 3/29/2019 | UNSECURED | $2,689.59 | $2,689.59 | | |
| 8 | DEPARTMENT OF TAXATION | STATE OF HAWAII | PO BOX 259 | BK UNIT M ROBIDEAU | HONOLULU | HI | 96809 | 4/2/2019 | UNSECURED, PRIORITY | $4,883,295.00 | $3,816,460.00 | | $1,066,835.00 |
| 9 | KETER ENVIRONMENTAL SERVICES, INC. | 4 HIGH RIDGE PARK | SUITE 202 | | STAMFORD | CT | 06905 | 4/2/2019 | UNSECURED | $2,598.52 | $2,598.52 | | |
| 10 | SOUTHERN CALIFORNIA EDISON | 1551 W SAN BERNARDINO RD | | | COVINA | CA | 91722 | 4/2/2019 | UNSECURED | $2,131.72 | $2,131.72 | | |
| 11 | COUNTY OF ORANGE | PO BOX 4515 | | | SANTA ANA | CA | 92702 | 4/8/2019 | PRIORITY | $6,021.78 | | | $6,021.78 |
| 12 | COMMONWEALTH OF KENTUCKY DEPARTMENT OF REVENUE | ATTN: KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANCH | PO BOX 5222 | | FRANKFORT | KY | 40602 | 4/8/2019 | UNSECURED | $3,043.71 | $3,043.71 | | |



## Claims Register Current as of 4/15/2019
Sorted Alphabetically

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS(ES) | TOTAL AMOUNT | UNSECURED | SECURED | PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | COLUMBIA GAS OF MASSACHUSETTS | PO BOX 2025 | | | SPRINGFIELD | MA | 01102 | 3/25/2019 | UNSECURED | $206.21 | $206.21 | | |
| 12 | COMMONWEALTH OF KENTUCKY DEPARTMENT OF REVENUE | ATTN: KENTUCKY DEPARTMENT OF REVENUE LEGAL SUPPORT BRANCH | PO BOX 5222 | | FRANKFORT | KY | 40602 | 4/8/2019 | UNSECURED | $3,043.71 | $3,043.71 | | |
| 2 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | C/O BANKRUPTCY GROUP | ATTN: ENOBONG ENYENIHI | 4 IRVING PLACE, RM. 1875-S | NEW YORK | NY | 10003 | 3/13/2019 | UNSECURED | $1,117.36 | $1,117.36 | | |
| 11 | COUNTY OF ORANGE | PO BOX 4515 | | | SANTA ANA | CA | 92702 | 4/8/2019 | PRIORITY | $6,021.78 | | | $6,021.78 |
| 8 | DEPARTMENT OF TAXATION | STATE OF HAWAII | PO BOX 259 | BK UNIT M ROBIDEAU | HONOLULU | HI | 96809 | 4/2/2019 | UNSECURED, PRIORITY | $4,883,295.00 | $3,816,460.00 | | $1,066,835.00 |
| 7 | FIREKING SECURITY GROUP | 101 SECURITY PKWY | | | NEW ALBANY | IN | 47150 | 3/29/2019 | UNSECURED | $2,689.59 | $2,689.59 | | |
| 5 | FULTON COUNTY TAX COMMISSIONER | FULTON COUNTY TAX COMMISSIONER'S OFFICE | 141 PRYOR ST | SUITE 1106 | ATLANTA | GA | 30303 | 3/26/2019 | PRIORITY | $6,506.01 | | | $6,506.01 |
| 9 | KETER ENVIRONMENTAL SERVICES, INC. | 4 HIGH RIDGE PARK | SUITE 202 | | STAMFORD | CT | 06905 | 4/2/2019 | UNSECURED | $2,598.52 | $2,598.52 | | |
| 4 | LAZARUS & LAZARUS PC | 240 MADISON AVE 8TH FLOOR | | | NEW YORK | NY | 10016 | 3/18/2019 | UNSECURED | WITHDRAWN | | | |
| 3 | NEW YORK DEPARTMENT OF TAXATION AND FINANCE | ATTN: BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | 3/18/2019 | UNSECURED, PRIORITY, SECURED | $276,971.39 | $186.66 | $276,777.98 | $6.75 |
| 10 | SOUTHERN CALIFORNIA EDISON | 1551 W SAN BERNARDINO RD | | | COVINA | CA | 91722 | 4/2/2019 | UNSECURED | $2,131.72 | $2,131.72 | | |
| 1 | THE COUNTY OF HAYS, TEXAS | C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY | PO BOX 1269 | ROUND ROCK | TX | 78680-1269 | 3/11/2019 | SECURED | $5,604.30 | | $5,604.30 | |